IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

JOSHUA RECTOR,

    Plaintiff,

v.

CAROLYN W. COLVIN,
Acting Commissioner of Social Security,

    Defendant.

JUDGMENT IN A CIVIL CASE

Case No. 13-cv-25-wmc

---

    This action came for consideration before the court with District Judge William M. Conley presiding. The issues have been considered and a decision has been rendered.

---

    IT IS ORDERED AND ADJUDGED that judgment is entered remanding case to the commissioner under sentence four of section 205(g) of the Social Security Act, 42 U.S.C. § 405(g).


| /s/ | 8/20/2013 |
|---|---|
| Peter Oppeneer, Clerk of Court | Date |