IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

JOSHUA RECTOR,

        Plaintiff,                               ORDER

v.                                                 13-cv-25-wmc

CAROLYN W. COLVIN,
Acting Commissioner of Social Security,

        Defendant.

---

On August 19, 2013, the court issued an order remanding this case to the commissioner for further proceedings under sentence four of 42 U.S.C. § 405(g) pursuant to joint stipulation of the parties. Judgment was entered on August 20, 2013. Now before the court is plaintiff's motion for an award of attorney's fees under the Equal Access to Justice Act, 28 U.S.C. § 2412 and expenses in the amount of $3,515.00, to which defendant has no objection.

ORDER

IT IS ORDERED that plaintiff's motion for an award of attorney fees and expenses under the Equal Access to Justice Act is GRANTED. Plaintiff is awarded fees and costs in the amount of $3,515.00.

Entered this 17th day of October, 2013.

BY THE COURT:

/s/ William M. Conley

WILLIAM M. CONLEY
District Judge

1