IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

JOSHUA RECTOR,

    Plaintiff,

v.

CAROLYN W. COLVIN,
Acting Commissioner of Social Security,

    Defendant.

JUDGMENT IN A CIVIL CASE

Case No. 13-cv-25-wmc

---

    This action came for consideration before the court with District Judge William M. Conley presiding. The issues have been considered and a decision has been rendered.

---

    IT IS ORDERED AND ADJUDGED that judgment is entered in favor of plaintiff Joshua Rector against defendant Carolyn W. Colvin awarding plaintiff attorney fees and costs under the Equal Access to Justice Act in the amount of $3,515.00.


_____      10/18/13
Peter Oppeneer, Clerk of Court        Date